The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### VELA v. STATE.
### No. 20407.

Court of Criminal Appeals of Texas.

May 24, 1939.

J. D. Todd, Jr., and Owen D. Cox, both of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for selling marihuana, punishment assessed at five years in the penitentiary.

It has been made known to this court by proper affidavit that appellant has died since perfecting an appeal. It is therefore ordered that said appeal be abated.